# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: EDWARD PATE                                      Case Number: 07-70213
87 BURR OAK            SSN-xxx-xx-8382
CRYSTAL LAKE, IL  60014

Case filed on: 1/31/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,768.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | EDWARD PATE | 0.00 | 0.00 | 4,768.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,768.00 | 0.00 |
| 001 | BK OF AMER | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PHH MORTGAGE CORP SERVICE CENTER | 107,332.96 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 107,332.96 | 0.00 | 0.00 | 0.00 |
| 003 | B-REAL LLC | 27,702.53 | 10,526.96 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 6,861.86 | 2,607.51 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 3,956.41 | 1,503.44 | 0.00 | 0.00 |
| 006 | SANDRA LEE PATE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 38,520.80 | 14,637.91 | 0.00 | 0.00 |
|  | Grand Total: | 145,853.76 | 14,637.91 | 4,768.00 | 0.00 |

Total Paid Claimant:       $4,768.00
Trustee Allowance:            $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00          discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan